LILLIAN E. RAVENSCROFT, Appellant, v. COUNTY OF WESTCHESTER, Respondent.—

No opinion. Present — Close, P. J., Carswell, Adel, Taylor and Lewis, JJ.

ANN REISCHER, Respondent, v. JACK HERZOG & BRO., INC., Appellant.—

Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ., concur.

IRVING S. ROSSOFF, Appellant, v. BENJAMIN ASCHKEMOSKY, Respondent.—

No opinion. Present — Close, P. J., Carswell, Adel, Taylor and Lewis, JJ.